**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                    CASE NO: 6:14-cr-80-Orl-40TBS

VICTORIA SNOW

_____/

**ORDER**

This cause is before the Court on Defendant Victoria Snow's Motion for Approval

of Costs for Defense Sentencing Expert (Doc. 188) filed on October 15, 2015. The United

States Magistrate Judge has submitted a report recommending that the motion be

granted.

After an independent *de novo* review of the record in this matter, and noting that

the United States of America, by A. Lee Bentley, III, United States Attorney for the Middle

District of Florida has filed a Notice of No Objection (Doc. 198), the Court agrees entirely

with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed October 22, 2015 (Doc. 194), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Approval of Costs for Defense Sentencing Expert (Doc. 188)

is **GRANTED**.

**DONE AND ORDERED** in Orlando, Florida on October 29, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:  Counsel of Record and Defendant